# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Culmen International, LLC | ) | ASBCA No. 60046 |
| | ) | |
| Under Contract No. W31P4Q-04-D-0074 | ) | |

APPEARANCES FOR THE APPELLANT:    David Warner, Esq.
Marina Burton Blickley, Esq.
  Centre Law & Consulting, LLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Bruce L. Mayeaux, JA
CPT Harry M. Parent III, JA
  Trial Attorneys

## ORDER OF DISMISSAL

Both parties have filed a joint motion to dismiss this appeal with prejudice. Accordingly, this appeal is hereby dismissed with prejudice.

Dated: 4 April 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60046, Appeal of Culmen International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals